PER CURIAM.
We have for review Nagel v. State, 789 So.2d 1242 (Fla. 4th DCA 1999), because it cited as controlling authority Goodwin v. State, 721 So.2d 728 (Fla. 4th DCA 1998), approved in part, disapproved in part, 751 So.2d 537 (Fla.1999). We have jurisdiction. See art. V, § 3(b)(3), Fla. Const.; Jollie v. State, 405 So.2d 418, 420 (Fla.1981). We quash the decision below and remand for further proceedings in light of our opinion in Goodwin v. State, 751 So.2d 537 (Fla.1999).
It is so ordered.
SHAW, HARDING, ANSTEAD, PARIENTE, LEWIS and QUINCE, JJ., concur.
WELLS, C.J., dissents.